Robert E. SAMPSON, Plaintiff–
Appellant,

v.

HIGHLAND COUNTY VA BOARD OF
SUPERVISORS; Mayor, City of Mon-
terey; T.J. Duff, Highland County
Sheriff, Defendants–Appellees.

No. 15–7614

United States Court of Appeals,
Fourth Circuit.

Submitted: February 18, 2016

Decided: June 14, 2016

Robert E. Sampson, Appellant Pro Se.

Before WILKINSON, DIAZ, and
FLOYD, Circuit Judges.

Dismissed and remanded by
unpublished per curiam opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Robert E. Sampson seeks to appeal the
district court's order dismissing without
prejudice his 42 U.S.C. § 1983 (2012) com-
plaint as frivolous pursuant to 28 U.S.C.
§ 1915(e)(2)(B)(i) (2012). This court may
exercise jurisdiction only over final orders,
28 U.S.C. § 1291 (2012), and certain inter-
locutory orders, 28 U.S.C. § 1292 (2012);
Fed. R. Civ. P. 54(b); Cohen v. Beneficial
Indus. Loan Corp., 337 U.S. 541, 545–46,
69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The
order Sampson seeks to appeal is neither a
final order nor an appealable interlocutory
or collateral order. See Domino Sugar
Corp. v. Sugar Workers Local Union 392,
10 F.3d 1064, 1066–67 (4th Cir.1993). Ac-
cordingly, we dismiss the appeal for lack of
jurisdiction and remand the case to the
district court with instructions to allow
Sampson to file an amended complaint.
See Goode v. Cent. Va. Legal Aid Soc'y,
807 F.3d 619, 630 (4th Cir.2015). We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

DISMISSED AND REMANDED.